**97–1749.   Disciplinary Counsel v. Williams.**

IT IS ORDERED by this court, *sua sponte,* that Kevin A. Williams, Attorney Registration No. .

0040877, last known address in Worthington, Ohio, is found in contempt for failure to comply with this court's order of December 31, 1997, to wit, failure to pay board costs in the amount of $380.34 on or before March 31, 1998.